Nos. 25-1603, 25-1659, 25-1655, 25-1657 (cons.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| RONALD L. SCHROEDER, *et al.*, | ) | On Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiffs-Appellants/Cross-Appellees, | ) | District of Illinois, Western Division |
| | ) | |
| v. | ) | |
| | ) | No. 1:17-cv-04663 |
| MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, | ) | |
| | ) | The Honorable |
| Defendant-Appellee/Cross-Appellant. | ) | IAIN D. JOHNSTON, Judge Presiding. |
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, | ) | On Appeal from the United States District Court for the Northern District of Illinois, Western Division |
| Plaintiffs-Appellants/Cross-Appellees, | ) | |
| v. | ) | No. 3:16-cv-50310 |
| MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, | ) | |
| | ) | The Honorable |
| Defendant-Appellee/Cross-Appellant. | ) | IAIN D. JOHNSTON, Judge Presiding. |

**UNOPPOSED MOTION OF DEFENDANT-APPELLEE/CROSS-APPELLANT FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, moves

this court unopposed for a 30-day extension of time to file his combined responsive/opening brief, from July 28, 2025 to August 27, 2025, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

# DECLARATION

I, Leigh J. Jahnig, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, in these consolidated appeals docketed as Nos. 25-1603, 25-1659, 25-1655, and 25-1657.

3. Defendant-Appellee/Cross-Appellant's combined responsive/opening brief is due to be filed with this court by July 28, 2025, on one extension of time. *See* 7th Cir. Doc. 2. On June 20, 2025, State Defendants-Appellees filed a motion for extension of time, 7th Cir. Doc. 28, which this court granted the same day, 7th Cir. Doc. 29.

4. This is Defendant-Appellee/Cross-Appellant's second motion for an extension of time to file this brief, and this request is being made at least seven days before the due date as required by 7th Cir. R. 26.

5. I will not be able to draft Defendant-Appellee/Cross-Appellant's combined responsive/opening brief, have the draft reviewed through the regular

review process of the Civil Appeals Division, finalize the brief, and file the brief with this court by July 28, 2025, for the following reasons.

6. On June 26, 2025, I filed the opening brief in *Paulinski v. Link*, No. 1-25-0326 in the Illinois Appellate Court, First Judicial District, which was due on July 2, 2025 on two extensions of time. This appeal involves a legal question that was certified for interlocutory appeal, about whether certain claims against employees of the Illinois Department of Children and Family Services are barred by sovereign immunity. I prioritized this matter in my work schedule because it was on two extensions of time.

7. I was also out of the office for personal reasons from June 30, 2025 until July 7, 2025. And I was out of the office for a professional obligation on July 17, 2025 and half of July 18, 2025.

8. In addition, I have performed various administrative and supervisory duties in my capacity as an Assistant Supervising Attorney, including reviewing two briefs filed in the Illinois Appellate Court, First Judicial District.

9. On July 18, 2025, I advised counsel for Plaintiffs-Appellants/Cross-Appellees that I intended to request this extension, and I provided a copy of this motion on July 21, 2025, in accordance with 7th Cir. R. 26. Counsel for Plaintiffs-Appellants/Cross-Appellees informed me that they do not oppose this requested extension.

10. I do not request this extension of time from July 28, 2025 to August 27, 2025, to file the combined responsive/opening brief of Defendant-Appellee/Cross-

Appellant for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 21, 2025.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing Unopposed Motion of Defendant-Appellee/Cross-Appellant for Extension of Time to File Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

| | |
|---|---|
| Erik Baptist<br>ebaptist@adflegal.org | James A. Campbell<br>jcampbell@adflegal.org |
| Erin Morrow Hawley<br>ehawley@adflegal.org | Thomas Gerald Olp<br>tolp@thomasmoresociety.org |
| Kevin Theriot<br>ktheriot@adflegal.org | |

By: /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov