Nos. 25-1603, 25-1659, 25-1655, 25-1657 (cons.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RONALD L. SCHROEDER, *et al.*, <br><br> Plaintiffs-Appellants/Cross-Appellees, <br><br> v. <br><br> MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, <br><br> Defendant-Appellee/Cross-Appellant. | On Appeal from the United States District Court for the Northern District of Illinois, Western Division <br><br><br> No. 1:17-cv-04663 <br><br><br><br> The Honorable <br> IAIN D. JOHNSTON, <br> Judge Presiding. |
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, <br><br> Plaintiffs-Appellants/Cross-Appellees, <br><br> v. <br><br> MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, <br><br> Defendant-Appellee/Cross-Appellant. | On Appeal from the United States District Court for the Northern District of Illinois, Western Division <br><br><br> No. 3:16-cv-50310 <br><br><br><br> The Honorable <br> IAIN D. JOHNSTON, <br> Judge Presiding. |

**MOTION OF DEFENDANT-APPELLEE/CROSS-APPELLANT FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in his official capacity as

Secretary of the Illinois Department of Financial and Professional Regulation, moves

this court for a 30-day extension of time to file his combined responsive/opening brief, from August 27, 2025 to September 26, 2025, and submits the attached declaration in support of this motion.

        Respectfully submitted,

        KWAME RAOUL
        Attorney General
        State of Illinois

By:    /s/ Leigh J. Jahnig
        LEIGH J. JAHNIG
        Assistant Attorney General
        115 South LaSalle Street
        Chicago, Illinois 60603
        (312) 793-1473 (office)
        (773) 590-7877 (cell)
        Leigh.Jahnig@ilag.gov

# DECLARATION

I, Leigh J. Jahnig, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, in these consolidated appeals docketed as Nos. 25-1603, 25-1659, 25-1655, and 25-1657.

3. Defendant-Appellee/Cross-Appellant's combined responsive/opening brief is due to be filed with this court by July 28, 2025, on two extensions of time. *See* 7th Cir. Doc. 31. On June 20, 2025, Defendant-Appellee/Cross-Appellant filed a motion for extension of time, 7th Cir. Doc. 28, which this court granted the same day, 7th Cir. Doc. 29. On July 21, 2025, Defendant-Appellee/Cross-Appellant filed a second motion for extension of time, 7th Cir. Doc. 30, which this court granted the same day, 7th Cir. Doc. 31.

4. This is Defendant-Appellee/Cross-Appellant's third motion for an extension of time to file this brief, and this request is being made at least seven days before the due date as required by 7th Cir. R. 26.

5. Although I have begun working on this brief, I will not be able to complete the draft of Defendant-Appellee/Cross-Appellant's combined responsive/opening brief, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the brief, and file the brief with this court by August 27, 2025, for the following reasons.

6. I also represent defendants-appellees the Illinois Department of Revenue, its Director, and the Treasurer of the State of Illinois in *PepsiCo v. Ill. Dep't of Revenue*, No. 4-25-0121 in the Illinois Appellate Court, Fourth Judicial District. This appeal involves whether a taxpayer is entitled to exclude an affiliate from a unitary business group for Illinois income tax purposes, because the affiliate purports to conduct more than 80% of its business activity outside the United States, and the brief is currently due on August 29, 2025 on two extensions of time. The record in this case comprises more than 4,500 pages and is on appeal after a four-day bench trial. I have had to set aside time in my work schedule to work on this matter because of the size of the record and because it is also due on two extensions of time.

7. In addition, I have performed various administrative and supervisory duties in my capacity as an Assistant Supervising Attorney, including:

   a. reviewing four briefs filed in the Illinois Appellate Court;
   b. participating in moot courts to assist an attorney preparing for oral argument; and
   c. advising trial attorneys about legal issues in pending cases.

8. On August 19, 2025, I advised counsel for Plaintiffs-Appellants/Cross-Appellees that I intended to request this extension, and I provided a copy of this

motion on August 20, 2025, in accordance with 7th Cir. R. 26. As of this filing, counsel for Plaintiffs-Appellants/Cross-Appellees have not responded about whether they oppose this requested extension.

9. I do not request this extension of time from August 27, 2025 to September 26, 2025, to file the combined responsive/opening brief of Defendant-Appellee/Cross-Appellant for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 20, 2025.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

      I hereby certify that on August 20, 2025, I electronically filed the foregoing Motion of Defendant-Appellee/Cross-Appellant for Extension of Time to File Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

      I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

| | |
|---|---|
| Erik Baptist<br>ebaptist@adflegal.org | James A. Campbell<br>jcampbell@adflegal.org |
| Erin Morrow Hawley<br>ehawley@adflegal.org | Thomas Gerald Olp<br>tolp@thomasmoresociety.org |
| Kevin Theriot<br>ktheriot@adflegal.org | |

      By:    /s/ Leigh J. Jahnig
              LEIGH J. JAHNIG
              Assistant Attorney General
              115 South LaSalle Street
              Chicago, Illinois 60603
              (312) 793-1473 (office)
              (773) 590-7877 (cell)
              Leigh.Jahnig@ilag.gov