# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 13, 2026

Before
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| Nos. 25-1603 & 25-1659 | RONALD L. SCHROEDER, et al., <br>    Plaintiffs – Appellants, Cross - Appellees <br>v. <br><br>MARIO TRETO, JR., <br>    Defendant – Appellee, Cross - Appellant |
|---|---|
| No. 25-1655 & 25-1657 | NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., <br>    Plaintiffs – Appellants, Cross - Appellees, <br>v. <br><br>MARIO TRETO, JR., <br>    Defendant – Appellee, Cross – Appellant, |
| **Originating Case Information:** ||
| District Court No: 1:17-cv-04663 & 3:16-cv-50310 <br>Northern District of Illinois, Western Division <br>District Judge Iain D. Johnston ||

1. **MOTION OF MOVANTS CATHOLIC CONFERENCE OF ILLINOIS, ILLINOIS CATHOLIC HEALTH ASSOCIATION, ORTHODOX CHURCH IN AMERICA, AND SERBIAN ORTHODOX DIOCESE OF NEW GRACANICA-MIDWESTERN AMERICA TO RECONSIDER OF DENIAL OF LEAVE TO FILE BRIEF AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS-CROSS-APPELLEES AND AFFIRMANCE IN DEFENDANTS CROSS-APPEAL**, filed on January 5, 2026, by counsel for the movants.

2. **DEFENDANT-APPELLEE/CROSS-APPELLANT'S COMBINED RESPONSE TO MOTIONS TO RECONSIDER DENIAL OF LEAVE TO FILE BRIEFS OF AMICUS CURIAE**, filed on January 9, 2026, by counsel for the appellee/cross-appellant,

**IT IS ORDERED** that the motion to reconsider is **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)