OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

September 22, 2026

Christopher G. Conway
Clerk of the Court
United States Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
27th Floor
Chicago, Illinois 60604

Re: *Schroeder v. Treto* and *NIFLA v. Treto*, Nos. 25-1603, 25-1659, 25-1655, 25-1657 (cons.)

Dear Mr. Conway:

Defendant-Appellee/Cross-Appellant submits this response to Plaintiffs-Appellants/Cross-Appellees' September 9, 2026 Rule 28(j) letter.

In *Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. v. Commissioner of the Indiana State Dep't of Health*, Planned Parenthood "specifically b[rought] an as-applied challenge" to Indiana's law prohibiting "aiding or assisting" a minor in obtaining an abortion without satisfying parental consent and notice requirements. 2026 WL 2409722, at *1, 12 (7th Cir. Aug. 18, 2026). That law is nothing like the Protocols challenged here.

First, the Protocols do not target speech "on its own," even as applied to plaintiffs. *Id.* at *12. Rather, the Protocols simply condition the availability of a liability shield on providers' compliance with the same standard of care to which other medical providers have long been held. *E.g.,* AE Br. 22, 31, 45-46. In other words, the Protocols apply only when the standard of care calls for information or a referral. In this way, providers must comply with the Protocols "only to the extent" that their conduct of providing medical care dictates. *Commissioner*, 2026 WL 2409722, at *12.

Second, the law in *Commissioner* was content-based because it targeted information about abortion only. *Id.* at *14. The Protocols, by contrast, do not target information about any particular treatment or procedure. AE Br. 37-41. Instead, by reinstating aspects of the standard of care from which conscience objectors were previously exempt, they put patients of conscience objectors on equal footing with patients of non-objecting providers. *E.g.*, State RY Br. 15.

Third, the narrow tailoring concerns in *Commissioner* are not present here, and a publicity campaign would not achieve the State's interests. AE Br. 45-53. Information from a "more general" source is no substitute for information from "a trusted, familiar medical professional." *See* 2026 WL 2409722, at *23 (Scudder, J., concurring).

Finally, even if *Commissioner* supported plaintiffs' as-applied challenge, it does not support their facial challenge. The Protocols' "full range of applications," *id.* at *11, include medical providers' routine communications with patients while treating them, *cf.* State RY Br. 4-7. These applications do not regulate "speech as speech." *See Commissioner*, 2026 WL 2409722, at *12.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing letter, submitted pursuant to Fed. R. App. P. 28(j), complies with the type-volume limitation set forth in that rule because it contains 349 words, beginning with "Defendant-Appellee/Cross-Appellant" and ending with "*12." In preparing this certificate, I relied on the word count of the word processing system used to prepare the letter, which was Microsoft Word 365.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing Response Pursuant to Fed. R. App. P. 28(j) Letter with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Erin Morrow Hawley
ehawley@adflegal.org

James A. Campbell
jcampbell@adflegal.org

Kevin Theriot
ktheriot@adflegal.org

Thomas Gerald Olp
tolp@thomasmoresociety.org

Emily Werth
ewerth@aclu-il.org

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov